# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

DAVION HADDEN,

    Petitioner,

v.                           CASE NO. 4:19cv439/MCR/EMT

SECRETARY FLORIDA
DEPARTMENT OF CORRECTIONS,

    Respondent.
_____/

## O R D E R

The chief magistrate judge issued a Report and Recommendation on September 8, 2020. ECF No. 22. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections. *See* ECF No. 23.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation, ECF No. 22, is adopted and incorporated by reference in this Order.

2. The amended petition for writ of habeas corpus, ECF No. 3, is **DENIED**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 9th day of November 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**